# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALLCAPCORP, LTD. CO. D/B/A ALLEGIANCE CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CHC CONSULTING LLC, CONGRUEX LLC, and D.A. DAVIDSON & CO.,<br><br>Defendants. | Case No. 8:19-cv-00206-JVS-JDE<br><br>**JUDGMENT IN FAVOR OF DEFENDANT CHC CONSULTING LLC ON SECOND AMENDED COMPLAINT** |

On April 8, 2020, the Court granted the Motion for Summary Judgment filed by Defendant CHC CONSULTING LLC ("CHC") on the operative Second Amended Complaint filed by Plaintiff ALLCAPCORP, LTD. CO. D/B/A ALLEGIANCE CAPITAL CORPORATION.  Dkt. 152.

On April 22, 2020, CHC filed a Motion for Attorneys' Fees and a Bill of Costs.  Dkt. 153 and 154.  After considering the moving, opposing and reply papers, and the supporting evidence, the Court issued its Tentative Ruling on CHC's Motion

for Attorneys' Fees and a Bill of Costs on June 13, 2020.  The Tentative Ruling became the Order of the Court on June 18, 2020.  Dkt. 166.  By its Order, the Court granted CHC's Motion for Attorneys' Fees and awarded CHC $771,996.15 in attorneys' fees.  The Court further awarded CHC $5,110.08 in costs.  *Id*. at p. 11.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Plaintiff ALLCAPCORP, LTD. CO. D/B/A ALLEGIANCE CAPITAL CORPORATION shall take nothing by way of its Second Amended Complaint; and Judgment is hereby entered in favor of Defendant CHC CONSULTING LLC and against Plaintiff ALLCAPCORP, LTD. CO. D/B/A ALLEGIANCE CAPITAL CORPORATION in the amount of $777,106.23.

DATED:  June 30, 2020

_____
JAMES V. SELNA
United States District Judge

Presented by:

*/s/* William C. Bollard
William C. Bollard
  william@jbblaw.com
Catherine A. Close
  cac@jbblaw.com
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355
*Attorneys for Defendant CHC CONSULTING*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd of June 2020, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ William C. Bollard*
William C. Bollard